# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142256

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC:  142256
COA: 293253
Kent CC: 08-012134-FH

ANDREW PAUL SCHUTZE,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 26, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

p0418